CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 3 1 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| HARMON KILGORE, | ) | |
| | ) | Civil Action No. 2:12CV00015 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF VIRGINIA | ) | By: Hon. Glen E. Conrad |
| DEPARTMENT OF TRANSPORTATION, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the defendant's motion for summary judgment is **GRANTED**. The case will be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 31st day of March, 2014.

_____
Chief United States District Judge